**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **MOTION** |
| HARRIS, JOSEPH REID    xxx-xx-6090 | ) | **CHAPTER 13** |
| 62 CLUBHOUSE DRIVE | ) | |
| NEW LONDON, NC 28127 | ) | No:  14-10652   C-13G |
| | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

     This plan was confirmed September 12, 2014. The Trustee is informed and believes that the Debtor received an inheritance post-petition. The Debtor has failed to amend schedules to document the inheritance and has failed to modify the plan to pay allowed claims based on the value of the inheritance. The Trustee recommends that a hearing be held to determine whether the Debtor should be dismissed from Chapter 13 due to failure to amend the schedules to report the inheritance and to modify the plan to deal with liquidation value of the estate caused by the inheritance.

Date:  January 14, 2019                                                                       s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                       Standing Trustee

---

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court at <u>2:00 p.m., February 19, 2019, in the Courtroom #2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401</u>; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date:  **January 15, 2019**                                                                      OFFICE OF THE CLERK
                                                                                                                U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
14-10652 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

JOSEPH REID HARRIS
62 CLUBHOUSE DRIVE
NEW LONDON, NC 28127

BRETT SMITH YAUGER ESQ
P O BOX 637
CARTHAGE, NC 28327